158 A.3d 1184

JOHN GIOVANNI GRANATA, PLAINTIFF, v. EDWARD F. BRODER-
ICK, JR., ESQ., AN ATTORNEY AT LAW OF THE STATE OF
NEW JERSEY, BRODERICK, NEWMARK & GRATHER, DE-
FENDANTS. (ELLIOT H. GOURVITZ, ESQ.—PETITIONER)

January 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2928/3036–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is granted.